PRATER *et al.* v. BARGE *et al.*

ATKINSON, J. 1. When a judgment refusing an interlocutory injunction is brought to the Supreme Court for review, the trial judge is authorized to grant a supersedeas upon such terms as may by him be deemed necessary to preserve the rights of the parties until the judgment of the Supreme Court can be had. Civil Code, § 5502. It is left, however, in the sound legal discretion of the judge to grant or refuse it. *West* v. *Shackelford,* 138 *Ga.* 163 (74 S. E. 1079).

(a) The judge did not abuse his discretion in refusing to grant a supersedeas in this case.

2. There was no error in rejecting the evidence which the court excluded.

51

3. Under the pleadings and evidence there was no abuse of discretion in refusing to grant the interlocutory injunction as prayed.

*Judgment affirmed. All the Justices concur.*
APRIL 18, 1913.

Petition for injunction. Before Judge Pendleton. Fulton superior court. November 4, 1912.

*Phil W. Davis* and *J. S. James,* for plaintiffs.

*L. Z. Rosser* and *P. H. Brewster,* for defendants.